UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED SEP 12 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IN THE MATTER OF

Riordan J. Zavala, bar number 143870

Case No. CV 19-80 222 MISC

**ORDER TO SHOW CAUSE RE SUSPENSION FROM MEMBERSHIP IN GOOD STANDING OF THE BAR OF THE COURT**

TO: Riordan J. Zavala, bar number 143870

The State Bar of California has notified the United States District Court for the Northern District of California that, effective June 8, 2019, you have become ineligible to practice law in the State of California following disciplinary action. Under this Court's Civil Local Rule 11-7, this status change may render you ineligible for continued active membership in the bar of the Northern District of California.

Effective the date of this order, your membership in the bar of this Court is **suspended on an interim basis** pursuant to Civil Local Rule 11-7(b)(1). **On or before September 23, 2019,** you may file a response to this Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the Court's website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you will be suspended from membership without further notice.

If you are disbarred, suspended or placed on disciplinary probation by this Court and are later restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after September 23, 2019 absent further order of this Court.

**IT IS SO ORDERED.**

Dated: 8/12/19

JAMES DONATO
United States District Judge

*Attorney-discipline_OSC*
*rev. 11-18*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF RIORDAN J ZAVALA, Bar No. 143870.

Case No.: 3:19-mc-80222-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 9/12/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Riordan J. Zavala #143870
PO Box 304
Placentia, CA 92871-0304

Dated: 9/12/2019

Susan Y. Soong
Clerk, United States District Court

By: /s/
William Noble, Director of Case Administration

*Service_Certificate_CRD*
*rev. August 2018*

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>RIORDAN ZAVALA<br>PO BOX 304<br>PLACENTIA, CA<br>      92871-0304 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7010 2780 0003 2916 2051 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS

**CERTIFIED MAIL**

7010 2780 0003 2916 2051



Riordan J. Zavala
PO Box 304
Placentia, CA 928